# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-0187** |
| v. | : | |
| | : | |
| **JOHN DOE, subscriber assigned IP address 96.227.125.143,** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 15th day of March 2021, upon consideration of Defendant's *motion to dismiss or to quash*, [ECF 5], Plaintiff's opposition thereto, [ECF 6], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that the motion is **DENIED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In the underlying motion, Defendant essentially asserts various factual defenses to the claims alleged in the complaint. None of these factual defenses, however, challenge the legal sufficiency of the complaint or subpoena. Thus, at this stage of the proceedings, where the Court must accept the factual allegations in the complaint as true, Defendant's asserted defenses are premature. Accordingly, Defendant's motion is denied.